# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 15-2254-CJC (JPR)**
          **EDCV 15-2260-CJC (JPR)**                    Date: **March 9, 2016**

Title: **Deborah Denise Lomack v. Carolyn W. Colvin, Acting Commissioner**
===============================================================
**DOCKET ENTRY: Order to Show Cause**
===============================================================
PRESENT:

   HON. **JEAN ROSENBLUTH**, U.S. MAGISTRATE JUDGE

   Bea Martinez                              n/a
   Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:
      None Present                                None Present

**PROCEEDINGS:  (IN CHAMBERS)**

In November 2015, Plaintiff filed two complaints against the Social Security Administration in pro se.  The Court subsequently issued case-management orders requiring Plaintiff to file proofs of service of the summonses and complaints within a certain time period.  Citing Federal Rule of Civil Procedure 4(m), the Court specifically warned Plaintiff that her failure to file such proofs of service could result in the dismissal of her cases.

Plaintiff subsequently tried to file deficient proofs of service of complaints that differed in some ways from the ones she had filed to initiate the cases, and so the Court rejected them for filing.  On November 18, 2015, the Court advised Plaintiff of the availability of help from a pro se clinic.  She has not subsequently communicated with the Court, and the time for serving the summonses and complaints and filing proof of such service has now passed.  Accordingly, no later than 14 days from the date of this order, Plaintiff must either file satisfactory proofs of service or show cause in writing why this action should not be dismissed for lack of prosecution.  See C.D. Cal. R. 41-1.

Plaintiff is again advised that there is a federal "pro se" clinic in this district.  The clinic offers free on-site legal information and guidance to individuals who are

MINUTES FORM 11                                    Initials of Deputy Clerk: BM
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: **EDCV 15-2254-CJC (JPR)**
      **EDCV 15-2260-CJC (JPR)**                                    **March 9, 2016**
      **Deborah Denise Lomack v. Carolyn W. Colvin, Acting Commissioner**      **Page 2**

---------------------------------------------------------------------------------------------------------------------

representing themselves (proceeding pro se) in federal civil actions. The clinic is administered by a nonprofit law firm, Public Service Law Corporation, not by the Court. The closest such clinic to Plaintiff appears to be located in the George E. Brown Federal Building, 3420 Twelfth Street, Room 125, Riverside, CA 92501. It is open Tuesdays and Thursdays, 10 a.m. to 2 p.m. The phone number is 951-682-7968. Useful information is also available on the clinic's website, http://court.cacd.uscourts.gov/cacd/ProSe.nsf/.

   Plaintiff is warned that her failure to timely and satisfactorily respond to this order will likely result in her lawsuits being dismissed.

MINUTES FORM 11                                             Initials of Deputy Clerk: <u>BM</u>
CIVIL-GEN