JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH DENISE LOMACK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 15-2260-CJC (JPR)<br><br>**J U D G M E N T** |

　　Under the Order Dismissing Actions for Failure to Prosecute,

　　IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 1, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE